UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY CORMIER (#278001)                                CIVIL ACTION

VERSUS

DR. RAMAN SINGH, ET AL.                               NO. 17-1103-BAJ-EWD

**O R D E R**

Before the Court is Plaintiff's Motion for a More Definite Statement (R. Doc. 13), pursuant to which Plaintiff complains that the Answer and Defenses filed by Defendant Ethicon, Inc., herein, are "vague and ambiguous" and do not permit Plaintiff to "reasonably prepare a response" thereto. This Motion is opposed.

As pointed out by Defendant Ethicon, Inc., Rule 12(e) of the Federal Rules of Civil Procedure provides that "[a] party may move for a more definite statement of a pleading *to which a responsive pleading is allowed*." (Emphasis added). Pursuant to its explicit terms, this Rule applies only to pleadings to which a responsive pleading is allowed. The Federal Rules of Civil Procedure do not generally allow for a response to a Defendant's Answer (that does not include a counter-claim, cross-claim or third-party demand) unless specifically allowed by court order. *See* Fed. R. Civ. P. 7 (listing the pleadings that are allowed under the Federal Rules). Thus, under current practice, "a 12(e) motion … can be addressed only to 'a pleading to which a responsive pleading is allowed'; it has no application to other pleadings or motions." 5C C. Wright & A. Miller, Federal Practice & Procedure: Civil 3rd § 1376. *See also Green v. Wells Fargo Home Mortgage, Inc.*, No. 4:07CV01055-WRW, 2008 WL 340487 (E.D. Ark. Feb. 5, 2008) (denying a plaintiff's motion for a more definite statement filed in response to a defendant's Answer that

asserted affirmative defenses but did not contain a counter-claim, cross-claim or third-party demand). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for a More Definite Statement (R. Doc. 13) is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on August 29, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**