UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| TONY CORMIER (#278001) | CIVIL ACTION |
|---|---|
| VERSUS | |
| DR. RAMAN SINGH ET AL. | NO.: 17-01103-BAJ-EWD |

## ORDER

Before the Court is the **Motion for Voluntary Dismissal (Doc. 45)** filed by *pro se* Plaintiff Tony Cormier.

Voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) is improper at this stage because it would cause Defendant Ethicon, Inc. to suffer "plain legal prejudice." *See Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 319 (5th Cir. 2002). Specifically, Ethicon has raised a statute-of-limitations defense in a Motion for Judgment on the Pleadings, Plaintiff concedes that the defense has merit, and Ethicon would *potentially* lose the defense if this action is voluntarily dismissed without prejudice. *See Hyde v. Hoffmann-La Roche, Inc.*, 511 F.3d 506, 511 (5th Cir. 2007).

Ethicon has "exerted significant time and effort" litigating this sixteen-month-old case. *See Hartford Acc. & Indem. Co. v. Costa Lines Cargo Servs., Inc.*, 903 F.2d 352, 360 (5th Cir. 1990). And the timing of Plaintiff's motion—filed two weeks after Ethicon raises a dispositive statute-of-limitations defense—suggests that Plaintiff

1

merely seeks to avoid an expected adverse result. *See Oxford v. Williams Co.*, 154 F. Supp. 2d 942, 951 (E.D. Tex. 2001).

Accordingly,

**IT IS ORDERED** that the **Motion for Voluntary Dismissal (Doc. 45)** filed by *pro se* Plaintiff Tony Cormier is **DENIED**.

Baton Rouge, Louisiana, this 12th day of February, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**