UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY CORMIER (#278001)       CIVIL ACTION

VERSUS

DR. RAMAN SINGH ET AL.      NO.: 17-1103-BAJ-EWD

## ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 68)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court deny Defendant Ethicon, Inc.'s prescription-based Motion for Judgment on the Pleadings. (Doc. 43).

In the Report and Recommendation, the United States Magistrate Judge concluded that Ethicon failed to meet its Federal Rule of Civil Procedure 12(c) burden of convincing the Court that, viewing only the allegations of the Complaint, Plaintiff's 42 U.S.C. § 1983 claims are prescribed. (Doc. 68 at pp. 4–5). In so holding, the United States Magistrate Judge noted that she could not determine, from the face of Plaintiff's Complaint, the date Plaintiff's alleged injuries manifested. (*Id.*).

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 68 at p. 1). Ethicon timely filed an Objection. (Doc. 69). Having carefully considered Plaintiff's Complaint (Doc. 42-1 at

1

pp. 4–10), Ethicon's Motion for Judgment on the Pleadings (Doc. 43), Plaintiff's Opposition (Doc. 57), Ethicon's Reply (Doc. 60), the United States Magistrate Judge's Report and Recommendation (Doc. 68), and Ethicon's Objection (Doc. 69), the Court agrees that entry of judgment on the pleadings is inappropriate because it is not clear, from the face of Plaintiff's Complaint, that Plaintiff's claims are prescribed. The Court therefore approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 68)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion for Judgment on the Pleadings (Doc. 43)** is **DENIED**.

Baton Rouge, Louisiana, this 9th day of July, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**